**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 13-1338**

———————

DIANNA PETERMAN; B.P., A Minor Child,

Plaintiffs – Appellants,

v.

PAT CAUSEY; ELIZABETH SPILLMAN; MELINDA NORMAN; RICHARD
GENTRY; ALICIA STORIE; HEATHER HENNESSEE; CASEY PUETT;
AIMEE FAIRCHILD; JOHN BOYD; ROBERT BRADY; C. V. MORRIS;
RALPH D. YOUNT; ALAN LECROY; LAURA GENTRY; UNKNOWN,

Defendants - Appellees.

———————

Appeal from the United States District Court for the Western
District of North Carolina, at Statesville. Richard L.
Voorhees, District Judge. (5:13-cv-00029-RLV)

———————

Submitted: May 23, 2013          Decided: May 28, 2013

———————

Before MOTZ and AGEE, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Dianna Peterman, B.P., Appellants Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Dianna Peterman and B.P., a minor child, appeal the district court's order denying relief on their 42 U.S.C. § 1983 (2006) complaint and remanding child custody proceedings to state court. We have reviewed the record and find no reversible error. Accordingly, although we grant leave to proceed in forma pauperis, we affirm for the reasons stated by the district court. Peterman v. Causey, No. 5:13-cv-00029-RLV (W.D.N.C. Mar. 8, 2013). We also deny Peterman's motion for a stay of the state court proceedings. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED